IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| VALLEY COUNTY, IDAHO<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,<br><br>    Defendants. | Lead Case No.  1:11-CV-233-BLW<br><br>**CASE MANAGEMENT ORDER** |
| VILLAGE OF YELLOWPINE ASSOCIATION; IDAHO RECREATION COUNCIL; CHRIS and LOIS SCHWARZHOFF; BIG CREEK LODGE AND OUTFITTERS;<br><br>    Plaintiffs,<br><br>   v.<br><br>UNITED STATES FOREST SERVICE; PAYETTE NATIONAL FOREST; Suzanne C. Rainville, Forest Supervisor;<br><br>    Defendants. | Member Case No.  1:09-CV-275-BLW |

In accordance with the agreements reached in the telephone status conference held between counsel and the Court on April 15, 2013, and to further the efficient administration of this matter,

NOW THEREFORE IT IS HEREBY ORDERED, that the following

**Case Management Order - 1**

deadlines and procedures shall govern this litigation:

1. <u>Legal Track</u>: It is anticipated that this case will be resolved on dispositive motions and that no trial will be necessary.

2. <u>Dispositive Motion Deadline</u>:

   a. Valley County's Motion for Summary Judgment shall be filed on or before **July 15, 2013.**

   b. The Government's Cross Motion for Summary Judgment shall be filed on or before **August 19, 2013**.

   c. Valley County's Opposition and Reply Brief shall be filed on or before **September 23, 2013.**

   d. The Government's Reply Brief shall be filed on or before **October 11, 2013.**

3. <u>Alternative Dispute Resolution Plan</u>: To be filed 30 days after resolution of the dispositive motions.

4. <u>Discovery Plan</u>: Not applicable.

5. <u>Completion of Discovery</u>: Not applicable.

6. <u>Expert Disclosure</u>: Not applicable.

7. <u>Scheduling of Trial and Pretrial Conference:</u>   To be determined after resolution of the dispositive motions.

**Case Management Order - 2**

10. <u>Law Clerk</u>:  If counsel has a procedural or legal question that needs to be brought to my attention, please contact Dave Metcalf the law clerk assigned to this case at (208) 334-9025.

    (or dave_metcalf@id.uscourts.gov)

11. <u>Calendaring Clerk</u>:  With regard to any scheduling matters or calendar issues, please contact my deputy clerk, Jamie Gearhart at (208) 334-9021.

12. <u>Docketing Clerk</u>:  If you have a docketing question, please contact a docket clerk at (208) 334-1361.

DATED:  **April 15, 2013**

_____
B. LYNN WINMILL
Chief Judge
United States District Court

**Case Management Order - 3**