UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| VALLEY COUNTY,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICLUTURE, *et al.*,<br><br>    Federal Defendants. | Case No. 1:11-cv-00233-BLW<br><br>ORDER |

This matter having come before the Court on Defendant's Unopposed Motion for An Extension of Time to File Response to Motion to Intervene by Adams, Idaho, and Washington Counties, the Court having considered the Motion, hereby GRANTS the motion.

IT IS HEREBY ORDERED THAT:

The motion for extension of time (docket no. 120) is GRANTED, and Defendants shall file their response by no later than July 21, 2014.

DATED: July 7, 2014

_____

B. Lynn Winmill

Chief Judge

United States District Court