# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| VALLEY COUNTY, IDAHO<br><br>    Plaintiff,<br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, an agency of the United States; TOM VILSACK, in his capacity as Secretary of Agriculture of the United States; UNITED STATES FOREST SERVICE, an agency within the Unites States Forest Department of Agriculture; TOM TIDWELL, in his capacity as Chief of the United States Forest Service; HARVEY FORSGREN, in his capacity as Regional Forester for the Intermountain Region of the United States Forest Service; BRENT L. LARSON, in his capacity as Forest Supervisor of the Caribou-Targhee National Forest; and KEITH LANNOM, in his capacity as Forest Supervisor for the Payette National Forest,<br><br>    Defendants. | Civil Action No. 1:11-cv-233-BLW<br><br>**ORDER** |
| IDAHO RECREATION COUNCIL, an Idaho non-profit corporation; CHRIS and LOIS SCHWARZHOFF, husband and wife;<br><br>    Plaintiffs,<br>v.<br><br>UNITED STATES FOREST SERVICE, a federal agency within the Department of Agriculture; SUZANNE C. RAINVILLE, Forest Supervisor, Payette National Forest; and BRANT PETERSEN, District Ranger, Krassel Ranger District, Payette National Forest,<br><br>    Defendants. | Consolidated Case: 1:09-cv-275-BLW |

The Court has before it a motion to clarify and/or amend. The motion states that no party objects. The Court finds good cause to grant the motion. Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED, that the motion to clarify/amend (docket no. 128) is GRANTED. The Memorandum Decision and Order [docket no. 124] is AMENDED to reflect that the Forest Service must only re-evaluate those Management Areas or portions of those Management Areas that were covered by the McCall/Krassel ROD. This is specifically Management Areas 7, 8, 10, 11, 12, and 13, and portions of Management Areas 6 and 9.



DATED: March 31, 2015

_____
B. Lynn Winmill
Chief Judge
United States District Court